the case on the present calendar for Monday, April 21, 1913, and be ready for argument when reached; otherwise motion denied, with $10 costs. See, also, 154 App. Div. 899, 139 N. Y. Supp. 1145; 141 N. Y. Supp. 1147.

SMITH, Respondent, v. EXCELSIOR BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Charles Smith against the Excelsior Brewing Company. No opinion. Interlocutory judgment affirmed, with costs. See, also, 141 N. Y. Supp. 1147.

SMITH v. RUBEL. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Robert S. Smith against Max Rubel. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 149 App. Div. 945, 134 N. Y. Supp. 1147; 141 N. Y. Supp. 1147.

SMITH v. RUBEL. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Robert S. Smith against Max Rubel. No opinion. Motion denied, without costs. Order filed. See, also, 141 N. Y. Supp. 1147.

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Anna R. Smith against Charles M. Smith. No opinion. Motion denied, without costs.

SMITH, Respondent, v. WESTCHESTER BRONXVILLE REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Frank E. Smith against the Westchester Bronxville Realty Company and others. No opinion. Judgment (78 Misc. Rep. 75, 137 N. Y. Supp. 690) affirmed, with costs on the opinion of Mr. Justice Tompkins at Special Term.

SMITH v. WILLIAMS. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Henry B. Smith against William R. Williams. No opinion. Application denied, with $10 costs. Order signed.

SOLOMON, Respondent, v. SOLOMON, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Morris Solomon against Rebecca Solomon. No opinion. Order modified, by permitting plaintiff to serve a supplemental complaint, and, as modified, affirmed, without costs. Reargument denied 141 N. Y. Supp. 1147.

SOLOMON, Respondent, v. SOLOMON, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Morris Solomon against Rebecca Solomon. No opinion. Motion for reargument (of 141 N. Y. Supp. 1147) denied, without costs.

SOLOMON v. WALLENSTEIN. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Aaron Solomon against Jacob Wallenstein. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 141 N. Y. Supp. 1147.

SOLOMON, Appellant, v. WALLENSTEIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Aaron Solomon against Jacob Wallenstein and another. S. Meyers, of New York City, for appellant. A. B. Greenberg, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1147.

SPILTON, Appellant, v. GARFINKEL, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Katie Spilton against Heyman Garfinkel. No opinion. Order setting aside verdict and granting new trial reversed, and verdict unanimously reinstated, with costs, upon the ground that the evidence adduced upon the trial fully justified the jury in rendering its verdict.

STANMAN et al., Appellants, v. MEIERS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Charles J. Stanman and another against Mary Meiers and another.
PER CURIAM. Judgment affirmed, with costs.
LAMBERT, J., not sitting.

In re STANTON. (Supreme Court, Appellate Division, First Department. May 23, 1913.) In the matter of Willard G. Stanton. No opinion. Referred to official referee. Settle order on notice.

STEPHENSON MFG. CO., Respondent, v. HOTALING et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by the Stephenson Manufacturing Company against Isaac Hotaling and others. No opinion. Judgment unanimously affirmed, with costs.

STOCKTON, Respondent, v. WINTJEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Minnie Stockton against George Wintjen. No opinion. Judgment and order of the County Court of Nassau County unanimously affirmed, with costs.

STORANDT, Respondent, v. VOGEL & BINDER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by John W. Storandt against the Vogel and Binder Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 149 App. Div. 928, 133 N. Y. Supp. 1145.
ROBSON, J., dissents.